(93 South. 922)

Ex parte CARAWAY. (4 Div. 5.) (Supreme Court of Alabama, June 22. 1922.) Certiorari to Court of Appeals. Marcus J. Fletcher, of Andalusia, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

MILLER, J. Petition of Henry Caraway for certiorari to the Court of Appeals to review and revise the judgment and decision of said court in the case of Henry Caraway v.

[1] 18 Ala. App. 462.

State of Alabama, 18 Ala. App. 541, 93 South. 334. Writ denied.